ELEANOR McALONEN, Respondent, v. JAMES F. McALONEN, Appellant.— In a separation action, order denying defendant's motion to modify the final judgment by reducing the amount of alimony which defendant was required to pay, and to cancel or reduce the amount of a bond which defendant had been directed to file to guarantee alimony payments, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ., concur.

■

ELEANOR McALONEN, Appellant, v. JAMES F. McALONEN, Respondent.— Order denying plaintiff's motion for leave to renew, on additional papers, a previous motion for a counsel fee for services in opposing a motion by defendant to reduce alimony and for other relief, which previous motion had been

denied by order dated January 15, 1951, insofar as appealed from, reversed on the law and the facts, with $10 costs and disbursements, the motion granted, with $10 costs, and a counsel fee of $200 awarded, to be paid within ten days after the date of the entry of the order hereon. In our opinion, under the circumstances disclosed, the denial of a counsel fee was an improvident exercise of discretion. Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ., concur.